## Exhibit A to the Complaint

**Location:** Fairfax, VA  
**Total Works Infringed:** 29  
**IP Address:** 100.36.164.25  
**ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: AFA50296ECAC1832A852B339BC6BF529E4DA693A<br>File Hash: 33B7ECDD0429547DA62F5138047273C6E8CB3D79BD4A902EF4B06867E9F6CDB4 | 11/29/2020 12:16:26 | Vixen | 01/19/2020 | 02/20/2020 | PA0002237691 |
| 2 | Info Hash: 24EA38081CBF6EF940600F65076EAA00D1818092<br>File Hash: 922EFFCBD6881F4DF34DE498E0939998F9F472714A9A5432B5EB0F49246F8F90 | 09/25/2020 21:55:52 | Tushy | 08/16/2020 | 08/18/2020 | PA0002253098 |
| 3 | Info Hash: 005ECADE217D83653BCBCA490DC3249975B7A05A<br>File Hash: 837EE8CBBFF0CFC826753CE6EDE6C57EC5515141DC4248D373454900CD2EE70C | 06/03/2020 23:01:18 | Vixen | 06/08/2019 | 07/17/2019 | PA0002188311 |
| 4 | Info Hash: 4C68A93F877A55624CFDB1A56B0A09F6226B7DBD<br>File Hash: 3F282AB81B7EB2031337F302499DA6D6B812DDC12B12599EA08FF65A95F623CA | 05/10/2020 17:41:17 | Vixen | 04/24/2020 | 05/05/2020 | PA0002249029 |
| 5 | Info Hash: 6A00929B3D2F54C7FF7C31812DA1CEB6F03A8DF0<br>File Hash: E7517A6F80C556646938E7C39ABB9A3F1BB5D89FF3E3D535E96E9F527B6321A6 | 04/06/2020 21:47:15 | Vixen | 03/09/2020 | 04/17/2020 | PA0002246165 |
| 6 | Info Hash: 34DF0D521ECE1BCBA22CF4168FBBD2A9AFFA3A6C<br>File Hash: 41D90113599AE3E738290BBF88DFB76F813D6AAC9C86DF86F1E46CC50778D9E5 | 04/06/2020 21:31:53 | Tushy | 04/05/2020 | 04/17/2020 | PA0002237308 |
| 7 | Info Hash: 0C80A67047F01CC53D38E0C3E19EE88A30035E82<br>File Hash: 923E7460E752915977FD98711BC5A92C2A2B5A402EA36FDEE268B6AA9E35D480 | 01/07/2020 21:10:07 | Vixen | 10/21/2019 | 11/05/2019 | PA0002227093 |
| 8 | Info Hash: 427564223D1B9DE7A5B163CEF0FBAF0F8F505BF8<br>File Hash: F13CAAAA2FC66215EA2E2C934B3FAF6898EF986B7AA20594144A5C3E43D8525F | 01/07/2020 03:02:30 | Tushy | 01/06/2020 | 02/03/2020 | PA0002236202 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: E3C763DDE1ACCF235D1D2BB1149DE7BD811F4117<br>File Hash: DF979E030B179B3DE05C5F0B62E23D3B9DC99BB2E6ADCCEA6230B50C8730B012 | 01/05/2020 18:59:14 | Vixen | 12/05/2019 | 12/17/2019 | PA0002217671 |
| 10 | Info Hash: 557B0DE14F6A7A062A05FC99F16612D803949D3D<br>File Hash: 9EF62CAA1C0D9C52B514A1F0AA148B3661ACC17A9086063745262761793AEDBC | 12/31/2019 05:14:58 | Tushy | 05/21/2019 | 06/17/2019 | PA0002181294 |
| 11 | Info Hash: 55298BBC330B3C971890294BDE7CAC90F58A2867<br>File Hash: EF17C6057A199AC47C226513F0BEC501FBFB2D28FE227250303876F41F1C4DED | 10/30/2019 02:11:46 | Vixen | 11/05/2018 | 11/25/2018 | PA0002136632 |
| 12 | Info Hash: ED5D228423F6688187B1663319514A65E2F5DE14<br>File Hash: 2EEBF3BF6B38D0CCC7D8D23D6C0C586557B0D5E179EBCCE0AA3691A4329D2BC9 | 10/27/2019 12:05:03 | Vixen | 10/26/2019 | 11/05/2019 | PA0002227099 |
| 13 | Info Hash: 5DF8FA648DEEAE1D73E962DB195061E646F82B4E<br>File Hash: BA5A079E645206AA74CFD54D5EA02C345EB7CA9D87D07AE53C3DB2E8CC913CEE | 09/21/2019 06:44:53 | Tushy | 08/04/2019 | 08/22/2019 | PA0002195508 |
| 14 | Info Hash: CA0BEF3F878732A15ED3BF5FE35FF711ACC0DD2E<br>File Hash: 126B76AD22F64D2135938579BDBF376D4BAEA1B57AF180AA290DB76C63824CB9 | 09/13/2019 10:42:13 | Tushy | 12/20/2018 | 01/22/2019 | PA0002147682 |
| 15 | Info Hash: 41C62207ADF0D03D82414693BAA46DB231130B94<br>File Hash: 1000FE695CCE051D6BDA8545A2D1E460458997EF116C9FB5ED47102C3D52158F | 08/23/2019 02:05:27 | Tushy | 11/12/2017 | 11/30/2017 | PA0002098037 |
| 16 | Info Hash: 78F5DACFBD414605C47BD190F5C421E65F70B396<br>File Hash: CD511222B2B9C2EC08F83BF609B40983647A15F8E11488F1B404A72F40126EC8 | 07/30/2019 01:32:43 | Tushy | 07/10/2017 | 08/18/2017 | PA0002077678 |
| 17 | Info Hash: EC72AB6E2428651D76E9B35E34364FBF997D62E4<br>File Hash: 286323955D74354AFF7C69BDC5987ADA524396D42AE7DC47C1CC0BFC5ECC40F6 | 06/30/2019 12:00:04 | Vixen | 03/05/2019 | 03/31/2019 | PA0002163982 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: F8583702AE872EE053184CA6080068C9F92E88CD  File Hash: FCF279202902EA6E3D0FAD1FA98C56F0FA68266DBAFAC1801851C20D6393BB79 | 06/25/2019 22:47:30 | Tushy | 05/31/2019 | 06/17/2019 | PA0002181300 |
| 19 | Info Hash: 154B4A69FFE2BB86ED95D4CCCF1E2B95252B7179  File Hash: 25C81ED2117705BBCD032B714CA70D15C270191599F2F8BE1BA384D392FC7CCF | 06/09/2019 14:02:04 | Tushy | 07/15/2018 | 08/07/2018 | PA0002132406 |
| 20 | Info Hash: C542D326EE13C9860B8EE438E27E0EB12257FB94  File Hash: 842DD7F6893D36DBF41DE757F110D74DAE4F036240C7F9E6A3008868F09FC99B | 06/09/2019 11:33:44 | Vixen | 05/14/2019 | 07/05/2019 | PA0002206408 |
| 21 | Info Hash: 41577E4102ED339277357B7EF3E97C1347487EE2  File Hash: 880F10162CDB56DC5247BDCEB67E9A21030D9D6959F71B6C800B1B850F8DDE38 | 05/28/2019 23:58:01 | Vixen | 09/06/2018 | 11/01/2018 | PA0002143433 |
| 22 | Info Hash: 87E3EE6A6C12D0A473417E5E80E3584E523406F7  File Hash: 62621F634640FFC544FE55589BA50348522FBE4631FEBBBCD6EBDF6969283909 | 05/28/2019 23:58:00 | Vixen | 05/19/2019 | 06/13/2019 | PA0002180953 |
| 23 | Info Hash: 8A906C5A23F35028EFDE5B9C81D9EE277ACA0275  File Hash: 43D9A39A71EC62D1217BFFF148FE60F03596FFA9FF4E1C286370A80E90AD5222 | 05/22/2019 00:18:03 | Vixen | 04/24/2018 | 06/19/2018 | PA0002126671 |
| 24 | Info Hash: F25817E594908EA8A9E9E38596A20DA2D2230ADA  File Hash: 1C87A9DA1C044AB0BB163AF53D4AFC3207AB4AB9F481586EF90413379D95FF70 | 05/15/2019 23:28:01 | Vixen | 04/09/2019 | 04/29/2019 | PA0002169963 |
| 25 | Info Hash: FDEAB1B3E4D42D587B2EE02F380247C859CA6EEB  File Hash: 4208F114A19FA8974A79C470EBB3126679EFF49573E69E470DCB578B3A72F328 | 05/08/2019 23:07:22 | Tushy | 05/06/2019 | 06/03/2019 | PA0002178772 |
| 26 | Info Hash: E61DE5DC0D526D171232A8994EAF508BD4CD7092  File Hash: 5F919274736AD2417C55534839F89BC46416E9944CACF844E49847874E1F7622 | 05/04/2019 11:39:38 | Tushy | 01/21/2019 | 02/22/2019 | PA0002155131 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash: FFB59D7B851B2FAC080AAAD07215FDA138C5D5B9<br>File Hash: 4D2854BA411686AAE8016C70FC4069BB3DAFC98CE09D501E044B032EF5879205 | 05/02/2019 23:12:57 | Vixen | 08/07/2018 | 09/05/2018 | PA0002135684 |
| 28 | Info Hash: 53DD9DA9E0B24B4961098D0683C348309445E260<br>File Hash: 3002D9E0CED03E51D4E8365767F09942B9625B1791D889AFE490113BAF34F82E | 05/02/2019 23:12:55 | Vixen | 12/25/2018 | 01/22/2019 | PA0002147901 |
| 29 | Info Hash: 42825EAD21811A6227E46ABA67281E370A6485DE<br>File Hash: EAE9611F37C369A2AEFAC9B47858B6EE8B12678E8527D8386B879D922E19E148 | 04/25/2019 00:11:17 | Vixen | 04/24/2019 | 06/03/2019 | PA0002178769 |